IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MACK BRYSON, JR., | 1:11-cv-01818-LJO-MJS (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| v. | |
| UNITED STATES OF AMERICA, | (Doc. 4) |
| Respondent. | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2241.

On November 14, 2011, Petitioner filed an application to proceed in forma pauperis. The Court authorized Petitioner to proceed in forma pauperis in the present case on November 2, 2011. Accordingly, it is hereby ordered that Petitioner's November 14, 2011 application is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated:   November 17, 2011        /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE